IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT J. WHITEMAN, JR.,** <br> **# 60495-066,** <br><br> Petitioner, <br><br> vs. <br><br> **WILLIAM TRUE,** <br><br> Respondent. | Case No. 18-cv-1652-MJR |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

This action comes before the Court on Petitioner Robert J. Whiteman's motion to withdraw the instant Petition. (Doc. 20). He states that this action is duplicative of another habeas corpus case he brought in this Court, *Whiteman v. True*, Case No. 18-cv-1555-NJR (S.D. Ill. filed Aug. 27, 2018), in that both actions seek relief from punishment imposed as a result of the same disciplinary report (Incident Report #2991543). Whiteman filed the instant action on January 8, 2018, while he was incarcerated at the Federal Correctional Facility at Danbury, Connecticut, and it was subsequently transferred to this Court after Petitioner was moved to the USP-Marion. Meanwhile, Whiteman filed the Petition docketed at Case No. 18-cv-1555-NJR, which challenges both Incident Report #2991543, and another 2017 disciplinary ticket.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Whiteman has the right to voluntarily withdraw his Petition. Accordingly, the motion to withdraw (Doc. 20) is **GRANTED** and this action is **DISMISSED** without prejudice.

Respondent is relieved of the obligation to file an answer or other response in this case.

1

The Clerk is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

**DATED: October 23, 2018**

s/ MICHAEL J. REAGAN
Chief Judge
United States District Court
